## UNITED STATES v. CHERRY RIVER BOOM & LUMBER CO.

No. 4747.

Circuit Court of Appeals, Fourth Circuit.
March 14, 1941.

Charles M. Love, Jr., Asst. U. S. Atty., of Charleston, W. Va. (Linton B. West, Regional Law Officer, U. S. Department of Agriculture, of Washington, D. C., on the brief), for appellant.

C. H. Welles, 3d, of Scranton, Pa. (Brooks B. Callaghan, of Richwood, W. Va., on the brief), for appellee.

Before PARKER, SOPER, and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal in a suit brought under the Tucker Act, 28 U.S.C.A. § 41(20). The questions involved are pure questions of fact; and an examination of the record convinces us that they were correctly decided by the court below. The judgment appealed from will accordingly be affirmed.

Affirmed.